THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK BEAL, Appellant. [747 NYS2d 178]

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490). There is no basis upon which to disturb the jury's determinations concerning identification. Both the purchasing and "ghost" undercover officers made reliable identifications of defendant.

Defendant's remaining contentions are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would reject them. Concur—Nardelli, J.P., Saxe, Buckley, Ellerin and Marlow, JJ.